**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PRITESH PATEL, M.D. and
PAYAL PATEL,

 Plaintiff,

                                                                CASE NO.: 8:23-cv-01743

Vs.

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
and BARCLAYS BANK DELAWARE,

 Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**EQUIFAX INFORMATION SERVICES LLC**

     COMES NOW Plaintiffs, PRITESH PATEL, M.D. and PAYAL PATEL and Defendant, EQUIFAX INFORMATION SERVICES LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs, against the Defendant, EQUIFAX INFORMATION SERVICES LLC, in the above styled action, with Plaintiffs and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this November 6th, 2023.

*/s/ Frank H. Kerney, III*
Frank H. Kerney, III, Esq.
Florida Bar#: 88672
Tennessee Bar #: 035859
Office: 813-299-8537
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com

*/s/ Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 786-587-1044
Facsimile: 305-675-2601
MRuiz@Kasowitz.com
*Attorney for Defendant Experian Information Solutions, Inc.*

*/s/ Naomi M. Berry*
Naomi M. Berry (FBN 69916)
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050
Facsimile: 305-530-0055
nberry@carltonfields.com
*Attorney for Defendant Barclays Bank Delaware*

*/s/ Nicole Sieb Smith*
Nicole Sieb Smith
Florida Bar No. 0017056
E-mail: nsmith@rumberger.com
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Telephone: (850) 222-6550
Facsimile: (850) 222-8783
Email: Jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC*

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
Charlotte.long@transunion.com
Trans union, LLC 555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
*Counsel for Defendant Trans Union, LLC*