**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PRITESH PATEL, M.D. and**
**PAYAL PATEL**,

  Plaintiffs,

CASE NO.: 8:23-CV-01743-TPB-CPT

v.

**EQUIFAX INFORMATION**
**SERVICES LLC, EXPERIAN**
**INFORMATION SOLUTIONS,**
**INC., TRANS UNION LLC, and**
**BARCLAYS BANK DELAWARE,**

  Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BARCLAYS BANK DELAWARE

COMES NOW Plaintiffs, PRITESH PATEL, M.D. and PAYAL PATEL and Defendant, BARCLAYS BANK DELAWARE, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs, against the Defendant, BARCLAYS BANK DELAWARE, in the above styled action, with Plaintiffs and Defendant to bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 4th day of January, 2024.

1

**/s/Frank H. Kerney, III**
Frank H. Kerney, III Esq.
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St. Ste 916
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
Attorney for Plaintiff

**/s/ Nicole Sieb Smith**
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
 Rumberger, Kirk & Caldwell, P.A.
101 North Monroe Street, Suite 1050 Tallahassee, Florida 32301
Telephone: 850.222.6550
Fax: 850.222.8783
Counsel for Defendant Equifax Information Services LLC

**/s/ Maria H. Ruiz**
Maria H. Ruiz
Florida Bar No. 182923
 KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
MRuiz@Kasowitz.com
Attorney for Defendant Experian Information Solutions, Inc.

**/s/ Charlotte Long**
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
 **Counsel for Defendant Trans Union, LLC**

**/s/Naomi M. Berry**
Naomi M. Berry (FBN 69916)
Carlton Fields, P.A.
700 NW 1st Ave, Ste 1200
Miami, FL 33136
Telephone: 305-530-0050
Facsimile: 305-530-0055
nberry@carlonfields.com
Attorney for Defendant Barclays Bank Delaware

2